1  WOODRUFF, SPRADLIN & SMART, APC
   PATRICK M. DESMOND - State Bar No. 215029
2  pdesmond@wss-law.com
   555 Anton Boulevard, Suite 1200
3  Costa Mesa, California 92626-7670
   Telephone:  (714) 558-7000
4  Facsimile:   (714) 835-7787

5  Attorneys for Defendant CITY OF TORRANCE, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHEILA BATES, | CASE NO.: 8:21-cv-00839-JLS-DFMx |
|---|---|
| Plaintiff, | |
| v. | JUDGE:  JOSEPHINE L. STATON<br>COURTROOM 10A<br>MAGISTRATE JUDGE:  DOUGLAS F. McCORMICK |
| CITY OF TORRANCE; OFFICER KAWAMOTO and DOES 1 through 10 inclusive, | |
| Defendants. | **JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT CITY OF TORRANCE TO FURTHER RESPOND TO DISCOVERY REQUESTS**<br><br>HEARING DATES PENDING:<br><br>DATE:  July 5, 2022<br>TIME:  10:00 a.m.<br>COURTROOM:  411 W. Fourth Street<br>Santa Ana, CA 92701<br>Courtroom 6B |

///

///

///

1

1694770.1

TO THIS HONORABLE COURT:

Please take notice that the parties have agreed to settle this matter and are in the process of finalizing settlement documents. Once the settlement is finalized, a stipulation for dismissal will be filed.

Plaintiff SHELA BATES ("Plaintiff") hereby withdraws her motion to compel scheduled to be heard on July 5, 2022.

DATED: June 23, 2022         WOODRUFF, SPRADLIN & SMART, APC


By: */s/ Patrick M. Desmond*
    PATRICK M. DESMOND
    Attorneys for Defendant CITY OF
    TORRANCE, a public entity

DATED: June 23, 2022         LAW OFFICES OF ERIN DARLING


By: */s/ Erin Darling*
    ERIN DARLING
    Attorneys for Plaintiff
    SHEILA BATES

DATED: June 23, 2022         SEKI, NISHIMURA & WATASE, LLP


By: */s/ Janet L. Keuper*
    JANET L. KEUPER
    Attorneys for Defendant
    TYLER KNOX

DATED: June 23, 2022         SMITH LAW OFFICES, LLP


By: */s/ Doug C. Smith*
    DOUG C. SMITH
    Attorneys for Defendants
    CHRISTOPHER ALLEN-YOUNG
    BRIAN KAWAMOTO
    OFFICER NELSON

1694770.1

| | |
|---|---|
| 1 | Pursuant to Local Rule 5-4.3.4, I, Patrick M. Desmond, attest that Erin Darling, Janet Keuper and Doug Smith concur with the contents of this Joint Notice of Settlement and Withdrawal of Plaintiff's Motion to Compel Defendant City of Torrance to Further Respond to Discovery Requests and have authorized the filing of same. |

DATED: June 23, 2022　　　　　WOODRUFF, SPRADLIN & SMART, APC

By: */s/ Patrick M. Desmond*
　　PATRICK M. DESMOND
　　Attorneys for Defendant CITY OF
　　TORRANCE, a public entity

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On June 23, 2022, I served the foregoing document(s) described as **JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT CITY OF TORRANCE TO FURTHER RESPOND TO DISCOVERY REQUESTS**

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on June 23, 2022, at Costa Mesa, California.

*/s/ Vilay Lee*
VILAY LEE

1694770.1

**SHEILA BATES v. CITY OF TORRANCE, et al.**

**USDC, CENTRAL DISTRICT OF CALIFORNIA**
**CASE NO. 8:21-cv-00839-JLS-DFM**

**BEFORE THE HONORABLE**
**JOSEPHINE L. STATON**
**COURTROOM 10A**

**MAGISTRATE JUDGE**
**DOUGLAS F. McCORMICK**

**SERVICE LIST**

| | |
|---|---|
| Erin Darling, Esq.<br>LAW OFFICES OF ERIN DARLING<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>Telephone: (323) 736-2230<br>Email: erin@erindarlinglaw.com | Attorney for Plaintiff<br>**SHEILA BATES** |
| Douglas C. Smith<br>Jill Szalonek<br>SMITH LAW OFFICES LLP<br>4001 Eleventh Street<br>Riverside, CA 92505<br>T: (951) 509-1355 \| F: (951) 509-1356<br>Email: dsmith@smitlaw.com<br>         jszalonek@smitlaw.com | Attorneys for Defendants<br>**CHRISTOPHER ALLEN-YOUNG**<br>**BRIAN KAWAMOTO**<br>**OFFICER NELSON** |
| Janet L. Keuper<br>SEKI, NISHIMURA & WATASE, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>T: (213) 481-2869 \| F: (213) 481-2871<br>Email: jkeuper@snw-law.com | Attorneys for Defendant<br>**TYLER KNOX** |
| Shelby Fujioka – Legal Assistant<br>Email: sfujioka@snw-law.com | |

5

1694770.1