JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheila Bates,<br>　　　　　Plaintiff(s),<br>　　v.<br>City of Torrance, et al.,<br>　　　　　Defendant(s). | Case No. 8:21-cv-00839-JLS-DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

　　　On June 23, 2022, Plaintiff filed a Notice of Settlement (Doc. 52), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload.  The case will not be reopened absent a written showing of good cause filed within 60 days of this order.

　　　The parties shall file a Stipulation of Dismissal no later than August 23, 2022 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

　　　Until the Dismissal Date, the Court retains full jurisdiction over this action.

　　　Any outstanding Orders to Show Cause are discharged.

IT IS SO ORDERED.

　　　DATED: June 24, 2022　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　　　　 HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE